**In the United States District Court
for the District of Kansas**

---

Case No. 5:24-cv-4063-TC-BGS

---

DAMIAN ELLIOTT,

*Plaintiff*

v.

MARK COWELL ET AL.,

*Defendants*

---

# ORDER ADOPTING
# REPORT & RECOMMENDATION

    Magistrate Judge Brooks G. Severson issued a Report and Recommendation that Plaintiff Damian Elliott's claims against Mark Cowell and several other individuals be dismissed with prejudice for lack of subject matter jurisdiction and for failure to state a claim upon which relief may be granted. Doc. 6 at 1. The R&R allowed Plaintiff 14 days after service to file any objections. Doc. 6 at 10.

    When a magistrate judge issues a report and recommendation on a pretrial matter, a party objecting to the recommendation must "serve and file specific written objections to the proposed findings and recommendations." Fed. R. Civ. P. 72(b)(2). Where a party fails to make a proper objection, a district court may review the recommendation under "any standard it deems appropriate," even for clear error. *Summers v. Utah*, 927 F.2d 1165, 1167 (10th Cir. 1991) (citations omitted).

    The R&R was entered on August 8, 2024. More than 14 days have passed without Plaintiff having filed any written objections. And after reviewing the pleadings submitted, there appears to be no clear error in Judge Severson's reasoning or recommendation. Therefore, the Court accepts and adopts Judge Severson's R&R in its entirety.

    IT IS THEREFORE ORDERED that the R&R be adopted and the case be dismissed with prejudice.

    It is so ordered.

Date: August 27, 2024                    _s/ Toby Crouse_____
                                                  Toby Crouse
                                                  United States District Judge